UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 17-17775
Edith Rodriguez )
 ) Chapter: 11
 ) Honorable Pamela S. Hollis
Debtor(s) ) Adv. No.:
 )
Plaintiff(s) )
 )
Defendant(s) )

## ORDER GRANTING DISMISSAL

THIS MATTER coming to be heard on the Motion to Convert or Dismiss filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-NC4, due notice having been given, the Court having jurisdiction over the parties and subject matter and having been advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed pursuant to 11 U.S.C. §1112(b).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: January 18, 2018

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-13-28700)